1 of 1 PageID 568

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 19 2017
CLERK, U.S. DISTRICT COURT
By ______
Deputy

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:04-CR-104-H (02)** |
| | § | |
| **KEVIN COLLIER** | § | |

**ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

On this day, came to be considered the Defendant's unopposed Motion for Early Termination of Supervised Release in the above entitled and numbered case. The Court, after considering this motion, any response, and any evidence contained in said motion or filed in support of the motion or response, hereby Orders that said motion should, in all things, be:

[ ] **GRANTED;**

[ ✓ ] **DENIED.**

SO ORDERED.

Date: 6/19/17

BARBARA M.G. LYNN
UNITED STATES CHIEF JUDGE